## In the circuit court for hillsborough county

**Vernon Jewel Pearson III**
Kingv423@gmail.com
813-280-5358



20-CA-7426
D

Vernon jewel Pearson III - plaintiff

Vs

Family dollar et all - respondent

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
Ch 786 fl statutes

Comes now plaintiff from Florida U.S.A Vernon Jewel Pearson III has suffered injury due to family dollar staffs negligence of leaving a wire basket on the floor that was not able to be seen and plaintiff tripped over it while defendants staff laughed at the incident and was telling everyone to be quiet on may 22nd 2020 around 12:30pm

1. Solely as a result of the injuries aforementioned, the Plaintiff has incurred damages, including:
    1. I have, may, and probably will for an indefinite time in the future suffer great pain, inconvenience, embarrassment, and mental anguish;
    2. I have, may, and probably will for an indefinite time in the future be deprived of ordinary pleasures of life, loss of well-being, and equanimity; and

   3. My overall health, strength, and vitality have been greatly impaired.
2. COUNT I
   
   NEGLIGENCE OF THE DEFENDANTThe Plaintiff incorporates herein by reference hereto the allegations of paragraphs 1 through 6 above as if more fully set forth herein at length.
3. The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, grossly careless, and reckless conduct of the Defendant, Family Dollar., which consisted inter alia of the following particulars:
   1. Failing to properly supervise the common areas in question so as to furnish to the Plaintiff, Vernon Pearson, a safe shopping environment, free from hazards which were recognized or should have been recognized by Defendant, Family dollar., as causing or likely to cause the serious physical harm to the Plaintiff, Vernon Pearson, and others;
   2. Failing to maintain the above store in a safe condition to ensure that the Plaintiff would not be caused to slip and fall as a result of the wire basket which existed and which were known and should have been known to the Defendant;
   3. Failing to properly inspect the store and shopping aisle wherein the Plaintiff was caused to fall as a result of not removing the wire basket;
   4. Failing to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others;
   5. Failing otherwise to comply with the applicable laws and regulations of the State of Florida and the applicable Federal laws and regulations;
   6. Otherwise failing to exercise the degree of care required under the circumstances; and
   7. Otherwise being negligent.
4. As a result of the aforesaid conduct and breach of care of the Defendant, Family Dollar., Plaintiff sustained the injuries, losses, and

damages which were more fully described above, without any negligence of the Plaintiff contributing thereto.

WHEREFORE: Plaintiff demands judgment against Defendant of an amount greater than $75,000.00 to be determined at trial, plus costs, pre-judgment interest, post-judgment interest, and for any further relief that this Honorable Court deems appropriate.

Respectfully submitted,

Vernon Jewel Pearson III